**FILED**
MAR 13 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 22-cr-10123-TWR |
|---|---|
| Plaintiff, | Hon. Todd W. Robinson |
| v. | **ORDER** |
| FREDI MELENDEZ-ZUNIGA, | |
| Defendant. | |

On the motion of Defense Counsel, **IT IS HEREBY ORDERED** that Mr. Melendez-Zuniga is resentenced to 8 months in custody, to run concurrent to his sentence on 22-CR-608-TWR.

**SO ORDERED.**

DATED: 3/13/23

_____
**HON. Todd W. Robinson**
United States District Court Judge